JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Budget Truck Rental LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-07619-R-JCG<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 22, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE